JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MOHAMMAD MUMTAZ d/b/a AL-WATAN RESTAURANT; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:18-cv-06557-JFW-MRW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed:　July 30, 2018<br>Trial Date:　　　None Set |

1  Based on the stipulation of the parties and for good cause shown:
2  IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,
3  both sides to bear their own fees and costs.

5  SO ORDERED.

7  DATED: 1/3/2019

   United States District Court Judge

1
[PROPOSED] ORDER